IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                                         Civ. No. 18-172 SMV/GBW

**ASSORTED DRUG PARAPHERNALIA**
**VALUED AT $236,010.37**,

    *Defendants-in-rem.*

## CERTIFICATE OF REASONABLE CAUSE

This matter comes before the Court on the United States' Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause. [Doc. 16]. The Court, having read the motion and being fully advised in the premises, finds that reasonable cause existed for arrest of the Defendants-in-rem Assorted Drug Paraphernalia Valued at $236,010.37 in this case.

IT IS THEREFORE ORDERED that this Certificate of Reasonable Cause be entered.

 

_____
STEPHAN M. VIDMAR
United States Magistrate Judge